Christopher R. Barclay, Ch. 7 Trustee
5055 N. Harbor Drive, Suite 210
San Diego, CA 92106
U.S. Mail: P.O. Box 2819, La Mesa, CA 91943-2819
Telephone: (619) 255-1529
Email: admin@crb7trustee.com

Chapter 7 Trustee

UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>DAVID CHRISTOPHER HERBERT,<br><br>Debtor. | Case No. 20-05880-LA7<br><br>Chapter 7<br><br>**NOTICE OF ERRATA TO EX PARTE APPLICATION FOR AUTHORITY TO EMPLOY BAKER TILLY US, LLP TO ACT AS ACCOUNTANTS AND CONSULTANTS TO THE ESTATE**<br><br>Relates to Docket No. 122 |

**TO THE HONORABLE LOUISE DECARL ADLER, UNITED STATES BANKRUPTCY JUDGE, AND ALL INTERESTED PARTIES:**

PLEASE TAKE NOTICE that Exhibit E was inadvertently omitted in the Ex Parte Application for Authority to Employ Baker Tilly US, LLP to Act as Accountants and Consultants to the Estate (the "Application") filed on July 7, 2021 [Docket No. 122]. This Errata is filed to provide Exhibit E to the Application. Attached is Exhibit E to the Application.

Dated: July 7, 2021

                                                  /s/ Christopher R. Barclay
                                                Christopher R. Barclay, Trustee

1

**CSD 1001A** [07/01/18]
Name, Address, Telephone No. & I.D. No.

Christopher R. Barclay, Chapter 7 Trustee
5055 N. Harbor Drive, Suite 210
San Diego, CA 92106
U.S. Mail: P.O. Box 2819, La Mesa, CA 91943-2819
Telephone: (619) 255-1529
Email: admin@crb7trustee.com

**UNITED STATES BANKRUPTCY COURT**
SOUTHERN DISTRICT OF CALIFORNIA
325 West F Street, San Diego, California 92101-6991

In Re
David Christopher Herbert

Debtor.

BANKRUPTCY NO. 20-05880-LA7

Date of Hearing: [None Set]
Time of Hearing: [None Set]
Name of Judge: Hon. Louise D. Adler

# ORDER ON

### Ex Parte Application to Employ Baker Tilly US, LLP as Accountant

The court orders as set forth on the continuation pages attached and numbered __2__ through __2__ with exhibits, if any, for a total of __2__ pages. Motion/Application Docket Entry No. _____.

//
//
//
//
//
//
//

DATED: _____

_____
Judge, United States Bankruptcy Court

CSD 1001A

CSD 1001A [07/01/18] **(Page 2)**
ORDER ON Ex Parte Application to Employ Baker Tilly US, LLP as Accountant
DEBTOR: David Christopher Herbert                                              CASE NO: 20-05880-LA7

---

Upon the application of Christopher R. Barclay, chapter 7 trustee (the "Trustee") of the bankruptcy estate (the "Estate") of David Christopher Herbert (the "Debtor"), for authority to employ Baker Tilly US, LLP ("Baker Tilly) as accountants and consultants to the Estate, the declaration and exhibits in support thereof (collectively, the "Application"), it appearing that Baker Tilly is disinterested within the meaning of 11 U.S.C. § 101(14), no opposition to the Application having been filed or received, and good cause appearing thereon:

IT IS HEREBY ORDERED THAT:

1.   The Application is approved. The Trustee is authorized to employ the Baker Tilly to act as accountants and consultants to the Estate on the terms and for the purposes described in the Application pursuant to 11 U.S.C. § 327(a).

2.   The employment of Baker Tilly shall be at the expense of the Estate, with the compensation and reimbursement of Baker Tilly to be allowed and awarded by the Court upon application after notice and hearing or pursuant to such interim procedure as the Court may subsequently authorize after notice and hearing.

IT IS SO ORDERED.

CSD 1001A

# PROOF OF SERVICE

I, Mary Lou Cunanan, declare as follows:

I am employed in the County of San Diego, State of California; I am over the age of eighteen years and am not a party to this action; my business address is P.O. Box 2819, La Mesa, CA 91943-2819, in said County and State. On **7/7/2021**, I served the following document(s):

**NOTICE OF ERRATA TO EX PARTE APPLICATION FOR AUTHORITY TO EMPLOY BAKER TILLY US, LLP TO ACT AS ACCOUNTANTS AND CONSULTANTS TO THE ESTATE**

on each of the interested parties stated on the attached service list.

**I.** **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")**: Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On **7/7/2021**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the e-mail address(es) indicated below:

☒   Service information continued on attached page

**II.** **SERVED BY U.S. MAIL OR OVERNIGHT MAIL:** On **7/7/2021,** I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows.

☒   Service information continued on attached page

**III.** **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR E-MAIL**: Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **7/7/2021**, I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or e-mail as follows.

U.S. Trustee: ustp.region15sop@usdoj.gov (Via Email Delivery)

Proposed Accountant/Consultant: Stacy Elledge Chiang of Baker Tilly US, LLP: stacy.chiang@bakertilly.com (Via Email Delivery)

☐   Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated:  7/7/2021          By: /s/ Mary Lou Cunanan
                                    MARY LOU CUNANAN

**TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")**:

- **Christopher R. Barclay**   admin@crb7trustee.com, qcrbarclay2@ecf.axosfs.com,mlcunanan@crb7trustee.com
- **Kevin Lipeles**   kevin@kallaw.com, vicky@kallaw.com
- **Yosina M. Lissebeck**   ylissebeck@lissebecklaw.com, ylissebeck@ecf.inforuptcy.com
- **Kevin O Moon**   kevin@moonlawapc.com
- **Leslie Skorheim**   leslie.skorheim@usdoj.gov, USTP.Region15@usdoj.gov,tiffany.l.carroll@usdoj.gov,abram.s.feuerstein@usdoj.gov
- **United States Trustee**   ustp.region15@usdoj.gov

**SERVED BY U.S. MAIL OR OVERNIGHT MAIL:**

<u>Debtor:</u>
David Christopher Herbert
1201 Avocado Ave.
Box 145
El Cajon, CA 92020
(Via First Class Mail)

P:00652329:90529.010

-2-